IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. BOWMAN, | No. C 06-3901 MJJ |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pending before the Court is Petitioner Jeffrey L. Bowman's Petition for Writ of Habeas Corpus.[1] Petitioner is currently incarcerated at the Pleasant Valley State Prison in Coalinga, California. Petitioner was found guilty of murder, burglary, and attempted first degree robbery. Petitioner alleges four claims. First, the trial court violated Petitioner's due process rights by the exclusion of evidence supporting his case. Second, the evidence at trial does not support a finding the requisite mental state. Third, the reading of CALJIC No. 17.41.1 violated Petitioner's right to jury trial. Fourth, admission into evidence of a codefendant's statements to police violated Petitioner's rights pursuant to the Confrontation Clause of the Sixth Amendment.

This Court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

The court shall "award the writ or issue an order directing the respondent to show cause why

---

[1] Docket No. 1, June 22, 2006.

1 the writ should not be granted, unless it appears from the application that the applicant or person
2 detained is not entitled thereto." 28 U.S.C. § 2243.

3     For good cause shown, Respondent shall, by **January 24, 2007**, show cause why a writ of
4 habeas corpus should not be issued. If Petitioner wishes to respond, he shall do so within thirty days
5 of his receipt of the answer.

7 **IT IS SO ORDERED.**

10 Dated: November 15, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2