**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  JEFFREY L. BOWMAN,                          No. C 06-3901 MJJ
12           Petitioner,                        **ORDER TO SHOW CAUSE**
13     v.
14  JAMES A. YATES, Warden,
15           Respondent.
                                          /
16
17       Pending before the Court is Petitioner Jeffrey L. Bowman's Petition for Writ of Habeas
18  Corpus.[1] Petitioner is currently incarcerated at the Pleasant Valley State Prison in Coalinga,
19  California. Petitioner was found guilty of murder, burglary, and attempted first degree robbery.
20  Petitioner alleges four claims. First, the trial court violated Petitioner's due process rights by the
21  exclusion of evidence supporting his case. Second, the evidence at trial does not support a finding
22  of the requisite mental state. Third, the reading of CALJIC No. 17.41.1 violated Petitioner's right to
23  jury trial. Fourth, admission into evidence of a co-defendant's statements to police violated
24  Petitioner's rights pursuant to the Confrontation Clause of the Sixth Amendment.
25       This Court may entertain a petition for a writ of habeas corpus on "behalf of a person in
26  custody pursuant to the judgment of a State court only on the ground that he is in custody in
27  violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).
28       The court shall "award the writ or issue an order directing the respondent to show cause why

---

[1] Docket No. 1, June 22, 2006.

1  the writ should not be granted, unless it appears from the application that the applicant or person
2  detained is not entitled thereto." 28 U.S.C. § 2243.
3      For good cause shown, Respondent shall show cause why a writ of habeas corpus should not
4  be issued. Respondent's brief, if any, shall be filed not later than 30 days from the filing date of this
5  Order.  If Petitioner wishes to respond, he shall do so within thirty days of his receipt of the answer.
6  The Clerk of the Court shall serve by certified mail a copy of this Order and the petition and all
7  attachments thereto upon Respondent.  The Clerk shall also serve a copy of this Order on Petitioner.

**IT IS SO ORDERED.**

Dated: September 28, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2