IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. BOWMAN,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A. YATES,<br><br>    Respondent.<br>_____ / | No. C 06-03901 CRB<br><br>**JUDGMENT** |

The Court having denied the petition of habeas corpus by Memorandum and Order filed May 7, 2008, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: May 7, 2008

          CHARLES R. BREYER
          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\3901\judgment.wpd