IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BOWMAN,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A. YATES, Warden<br><br>    Respondent._____/ | No. C 06-03901 CRB<br><br>**CERTIFICATE OF APPEALABILITY** |

The Court hereby GRANTS a certificate of appealability as to the following questions of law:

(1) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in holding that the trial court did not improperly exclude evidence;

(2) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in holding that the evidence was sufficient to support the conviction; and

(3) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in holding that Petitioner's

//

//

1 confrontation clause rights were not violated.

2 **IT IS SO ORDERED.**



4 Dated: June____, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\3901\certificate of appealability.wpd            2